937 F.2d 598
 Martin (James), Copeland (Eric), Richards (Joyce)
v.
Townsend (Stephen), Satz (David), Uberman (Samuel), Baron
(Jeffrey), Mudsley (Mary), Lario (Frank), Vinton (Brick),
Kraus (William), Collins (Clarkson), McKinstry (James), Know
(Julie), Supreme Court of DE., DE. Board of Bar Examiners,
Widener University School of Law, Hemphill (Dorothy),
Supreme Court of New Jersey, Wilentz (Robert), Clifford
(Robert), Handler (Alan), Pollock (Stewart), O'Hern
(Daniel), Garibaldi (Marie),
 NO. 91-5085
 United States Court of Appeals,
Third Circuit.
 JUN 27, 1991
 
 Appeal From: D.N.J.,
 Fisher, J.
 
 
 1
 AFFIRMED.